## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KENNETH JONES**                                                                         **PLAINTIFF**

**v.**                                **4:07CV00807-WRW**

**FRED'S STORES OF TENNESSEE, INC.**                          **DEFENDANT**

### ORDER

Pending is Plaintiff's Motion in Limine (Doc. No. 11). Defendant has responded (Doc. No. 15). On September 17, 2008, this court certified to the Arkansas Supreme Court a question of law raised in Plaintiff's Motion.[1] On October 2, 2008, the Arkansas Supreme Court accepted certification.[2] Accordingly, Plaintiff's Motion (Doc. No. 11) is DENIED without prejudice.

IT IS SO ORDERED this 7th day of October, 2008.

                                                            /s/Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 17.

[2] Letter from Arkansas Supreme Court dated October 2, 2008.